IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALEXANDER ROSENBLATT, §<br>#55609-177, §<br>    Movant, §<br>§<br>v. §<br>§<br>UNITED STATES OF AMERICA, §<br>    Respondent. § | No. 3:21-cv-01561-M (BT)<br>No. 3:17-cr-00202-M-1 |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The Court has taken under consideration United States Magistrate Judge Rebecca Rutherford's Findings, Conclusions, and Recommendation ("FCR") dated November 21, 2023. The Court has reviewed the FCR for plain error and has found none. **IT IS, THEREFORE, ORDERED** that the FCR of the United States Magistrate Judge is accepted.

**SO ORDERED** this 15th day of December, 2023.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE